Vladislav S. Sirota, Esq.
*Pros Se*
128 Brighton 11ᵗʰ Street, Suite 2
Brooklyn, NY 11235
Tel: 718-265-5900 Fax: 718-265-6969
Email: vsirota@nywinlaw.com

FILED
CLERK

2016 MAR -9  AM 9: 58

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

**Vladislav S. Sirota**

Plaintiff,

*v.*

**CV 16 - 1164**

Case No.: _____

Judge: _____

MAUSKOPF, J.

**vladislavsirotascam.com,**
**vladislavsirotascam.blogspot.com,**
**vladislavsirota.com,**
**vladislavsirotascam.blogspot.com,**
**ivan@qualityservice.com, and**
**JOHN DOES and JANE DOES # 1-10**

BLOOM, M.J.

Defendants.

## COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF

Pursuant to Rule 8, Federal Rules of Civil Procedure, Plaintiff, Vladislav S.

Sirota, *Pro Se*, allege upon knowledge with respect to himself and his own actions,

and upon information and belief as to all other matters, as follows:

### NATURE OF THE ACTION

1.      The nature of this action stems from the Defendant' use of the internet to publish

and disseminate injurious falsehoods about Plaintiff VLADISLAV S. SIROTA, resulting

in irreparable reputational harm.

1

2.     Moreover, this action seeks to recover damages resulting from defendant's invasion of plaintiffs' right to privacy, and defamatory and libelous statements made by the defendant on an internet web pages concerning the plaintiff and operated by Domain by Proxy, Inc. and its affiliates ("Proxy"). The plaintiff seeks herein to have the offending web page shut down as well as to recover damages, costs and attorney's fees.

3.     The extraordinary magnitude of the communications published by the Defendant are comprised of websites, domain names, blogs and published statements and involve accusations of improper attorney behavior, allegations of fraud, misrepresentations, and assertions of misconduct. Defendants have made these false statements about VLADISLAV S. SIROTA with actual knowledge that such statements were false, hurtful, defamatory, detrimental and prejudicial. Defendant maliciously and intentionally published said statements in an effort to irreparably destroy the reputation of Vladislav S. Sirota, and such acts have in fact irreparably destroyed the reputation of Vladislav S. Sirota.

## JURISDICTION AND VENUE

4.     U.S. District Court jurisdiction is predicated upon 28 U.S.C. § 1332 and venue is appropriate pursuant to 28 U.S.C § 1391(a) in that the events giving rise to the claim occurred here in New York.

## THE PARTIES

5.     Plaintiff, Vladislav S. Sirota, is an individual residing and domiciled in the State of New York, County of Kings, maintaining residence addresses in Brooklyn, New York.

6.      Defendant John and Jane Doe ("Doe") are unknown individuals who own domains: (vladislavsirotascam.blogspot.com, vladislavsirotascam.blogspot.com, vladislavsirotascam.com, and vladislavsirota.com) and the email address ivan@qualityservice.com, but who has clandestinely and covertly registered with and created a website with the web addresses indicated herein, which are operated by Proxy.

7.      Proxy, upon information and belief, is an Arizona corporation with and is located at 15111 N. Hayden Road, Suite 160, PMB 353, Scottsdale, AZ.

8.      GoDaddy.com, Inc., upon information and belief, is an Arizona corporation, is an affiliate of Proxy and is located at 14455 North Hayden Rd., Suite 219, Scottsdale, AZ.

## MATERIAL FACTS COMMON TO ALL COUNTS

9.      PLAINTIFF Vladislav S. Sirota is an Attorney focusing his practice in the are of Immigration Law, with offices located at 128 Brighton 11th Street, Suite 2 Brooklyn NY 11235.

10.     Vladislav S. Sirota has represented thousands of individuals and corporations in their immigration needs and has been doing so for over fifteen years.

11.     Vladislav S. Sirota is well known and respected Attorney in the Russian Community, he frequently appears in Russian news outlets such as Television, Radio, and Newspapers, as such he can be considered a public person.

12.     On or about January/February, 2016 the Plaintiff herein discovered that the Defendant through their agents disseminated leaflets in Russian and English languages, bearing U.S. Department of Homeland Security seal and logo, calling individuals

dissatisfied   with   the   services   of   Plaintiff   to   submit   complaints   to "ivan@qualityservice.com"

13.     The Defendant usurped the name Vladislav Sirota and created a defamatory pages, that are located at the uniform resource locator ("URL") vladislavsirota.blogspot.com, vladislavsirotascam.blogspot.com, vladislavsirotascam.com, and vladislavsirota.com. Defendant posted entries, including photographs, articles, and commentary solely about Vladislav Sirota in Russian and English that depicts him as an individual of low moral turpitude and include other defamatory statement concerning his professional conduct, his quality as an attorney, references to certain criminal acts, and  conduct that is malicious and untrue.

14.      The Defendant reposted certain online forum posts, which was negative and dates back several years, and was found to be not credible, such posts are depicted to be on Defendant's URL's and are purported to be fact rather then onion or a review, as the review is biased against Plaintiff

15.     The page created by the Defendant impugns the honesty and integrity of Vladislav S. Sirota.

16.     Thereafter, the Defendant invited individuals to view the defamatory profile and pages the above-captioned URL and leave comments.

17.     As a result the false and defamatory URLs created by the Defendant was viewed by thousands of people.

18.     Upon discovering the malicious, false and defamatory URL, Plaintiff contacted defendant to remove the site and contacted the host to do the same, such requests were subsequently ignored.

19.    Defendant persist to post entries, including articles, repost of only negative reviews, and commentary, and negative pictures about these posts against Vladislav Sirota which the pages include are defamatory statement concerning their professional conduct that are malicious and untrue.

20.    Proxy and its affiliates, which include GoDaddy.com, Inc, is one of the largest domain name registrars and offers many web based services to its customers.

21.    One of these services offered by Proxy includes the registration of a domain name and the subsequent hosting of a website attached to that domain name. Doe registered the domain names vladislavsirotascam.blogspot.com, vladislavsirotascam.blogspot.com, vladislavsirotascam.com, and vladislavsirota.com) and the email address ivan@qualityservice.com,  as such, Defendants used the legal name of the plaintiff, Vladislav Sirota.

22.    On the websites attached to the domain names, indicated herein Does has created web page that contains significant defamatory content, as well as personal  in which Sirota has a common law copyright interest, that was wrongfully obtained and is being used without Sirota's permission or consent. Due to the popularity of the Internet, posting a web page on the internet has the potential of reaching millions of viewers almost instantaneously.

23.    Pursuant to the registrars terms and conditions of use, a customer, like Doe, cannot use defamatory, abusive, harassing, or otherwise objectionable information on a webpage.

24.    On or about February 23, 2016, counsel for Sirota sent a letter to Proxy demanding that Proxy cease and desist from continuing to host the offending web page

and immediately provide the identity and address of the individual responsible for the postings.

25.     Despite the letter, Proxy failed or refused to respond to Sirota's counsel's requests, notwithstanding Proxy's own website regulation that state that a customer cannot post defamatory material.

26.     The Defendant attempted to, and succeeded in alienating Vladislav Sirota's clients, potential clients, friends, and business associates by posting suggestive information on their sites suggesting that Mr. Sirota operates a scam and is grossly not competent to practice law.

27.     The false and embarrassing information posted by the Defendant was aimed to and did in fact harass, embarrass and ruin the reputation of Plaintiff VLADISLAV S. SIROTA .

28.     As a result of Defendant's actions, Plaintiff's business associates, clients an potential clients,  have refused to conduct business with him.

29.     As a result of the Defendant actions the Plaintiff has suffered personal humiliation, mental anguish, and damages to his reputation and standing in the community.

30.     Additionally, Vladislav S. Sirota is an owner of a Law Office and as a result of the defamatory URLs created by the Defendant; his reputation has suffered in the community. He has suffered severe financial and personal devastation.

<div align="center">

**COUNT ONE**
***(Libel Per Se)***

</div>

31.     Plaintiff hereby incorporate by reference all of the allegations set forth above as though fully set forth hereafter.

32.     Defendant have published false and misleading statements of fact about VLADISLAV S. SIROTA.

33.     The statements that were published about the Defendant portrayed the Plaintiff as dishonest, unethical, unprofessional and incompetent attorney.

34.     The above referenced statements were published to Plaintiff's, business associates, clients, and potential clients.

35.     The statements published about VLADISLAV S. SIROTA , that he is a dishonest and incompetent relate to his reputation and business as a lawyer, and therefore constitute libel per se.

36.     In publishing this false and defamatory matter, Defendant were motivated by actual malice and willfully intended to expose plaintiff to public ridicule, aversion, and disgrace, to induce an evil opinion of the Plaintiff in the minds of right-thinking persons, and deprive the Plaintiff of friendly intercourse in society.

37.     The statements made by Defendant were false and were maliciously published by Defendant.

38.     By reason of the above, plaintiff has been held up to public disgrace and ridicule, have suffered grave and permanent impairment of their reputation and standing within their community and will continue to suffer extreme emotional distress all to their damage.

39.     As a result of the foregoing, plaintiff have been damaged in the sum of $5,000,000.00 (five million) dollars.

## COUNT TWO
### (*Defamation*)

40.     Plaintiff hereby incorporate by reference all of the allegations set forth above as though fully set forth hereafter.

41.     Defendant have published false and misleading statements of fact about VLADISLAV S. SIROTA.

42.     The statements that were published about the Defendant portrayed the Plaintiff as dishonest, unethical, unprofessional and incompetent attorney.

43.     The above referenced statements were published to Plaintiff's, business associates clients, and potential clients.

44.     In publishing this false and defamatory matter, Defendant were motivated by actual malice and willfully intended to expose plaintiff to public ridicule, aversion, and disgrace, to induce an evil opinion of the Plaintiff in the minds of right-thinking persons, and deprive the Plaintiff of friendly intercourse in society.

45.     The statements made by Defendant were false and were maliciously published by Defendant.

46.     By reason of the above, plaintiff have been held up to public disgrace and ridicule, have suffered grave and permanent impairment of their reputation and standing within their community and will continue to suffer extreme emotional distress all to their damage.

47.     As a result of the foregoing, plaintiff have been damaged in the sum of $5,000,000.00 (five million) dollars.

### COUNT THREE
*(Violation of Anti-Cybersquatting Consumer Protection Act (Cyberpiracy)*
*15 U.S.C. § 1125(d))*

48.    Plaintiff hereby incorporate by reference all of the allegations set forth above as though fully set forth hereafter.

49.    As alleged above, Defendants have registered, trafficked in, and used numerous Internet domain names that contain or consist of Sirota's name (the "Infringing Domain Names"). Defendants have undertaken their activities with respect to the Infringing Domain Names using privacy protection services that prevent Sirota from discovering the Doe Defendants' true identities through publicly available information.

50.    Doe Defendants have registered and are using the Infringing Domain Names without Sirota's authorization and with a bad faith intent to damage Plaintiff's reputation from Sirota's names marks, in violation of 15 U.S.C. § 1125(d). Doe Defendants have registered and are using the Infringing Domain Names without Sirota's authorization and with a bad faith intent to purposely destroy Sirota's standing and reputation in violation of 15 U.S.C. § 1125(d).

51.    The Infringing Domain Names were confusingly similar to Sirota's marks and name at the time Doe Defendants registered the Infringing Domain Names, and they remain so today.

52.    The Infringing Domain Names do not resolve to websites owned by Sirota. Rather, they resolve to websites controlled by Doe Defendants.

53.    Doe Defendants did not believe and could not reasonably have believed their use of the Infringing Domain Names constituted fair use or was otherwise lawful.

54.    As a result of Doe Defendants' wrongful registration and use of the Infringing Domain Names, Sirota has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by Sirota in his name. This continuing loss of

goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Sirota has no adequate remedy at law. Sirota will continue to suffer irreparable harm unless this Court enjoins Doe Defendants' conduct and orders that the Infringing Domain Names be transferred to Sirota.

## COUNT FOUR
### *(Violation of Sirota's statutory right of privacy)*

55.     Plaintiff hereby incorporate by reference all of the allegations set forth above as though fully set forth hereafter.

56.     The web page in question is an unreasonable or serious interference with Sirota's right of privacy. In addition, the web page use Sirota's name without Sirota's written consent or permission.

57.     Doe is using the web page to solicit others to disparage and defame Sirota in a public forum in an attempt to damage reputation and cause harm within New York Russian and general legal community.

58.     Doe has no common law, statutory or constitutional privilege to publish Sirota's name without Sirota's  consent or to post defamatory or libelous statements.

59.     Each day that the web page is accessible to third parties Sirota suffers substantial and serious monetary harm.

## JURY DEMAND

60.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Sirota requests a jury trial of all issues that may be tried to a jury in this action.

## PRAYER FOR RELIEF

61. WHEREFORE, Sirota prays for an Order and Judgment as follows:

1. Entry of an order (on a preliminary and permanent basis) requiring that Defendants and their officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, be enjoined and restrained from:

(a) Using in any manner the SIROTA name, or any name, mark or domain name that wholly incorporates the name SIROTA or name that is confusingly similar to Sirota

(b) Using or displaying the Sirota name on any websites, products, or promotional materials in any false and/or deceptive manner;

(c) Using in any manner the ADWORDS mark, or any name, mark or domain name that wholly incorporates the ADWORDS mark or is confusingly similar to name Sirota;

(d) Doing any act or thing calculated or likely to cause confusion or mistake
in the minds of members of the public or prospective customers of Sirota's services

(e)Committing any acts which will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute the reputation of Vldislav S. Sirota; and

(f) Making any representations, express or implied, that Sirota is affiliated with or sponsors or approves of Defendants or their sites or services.

2. Directing Defendants to transfer to Sirota (at no cost to Sirota) all domain names that contain or consist of Sirota's name, including but not limited to

vladislavsirota.blogspot.com, vladislavsirotascam.blogspot.com,

vladislavsirotascam.com, and vladislavsirota.com;

3. Ordering Defendants to preserve through trial and then deliver up for destruction, pursuant to 15 U.S.C. § 1118, all Internet webpages / scripts / html code, articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles, templates or other matter in the possession, custody, or under the control of Defendants or its agents bearing the SIROTA word mark or logo, or the ADWORDS mark, in any manner, or any mark that is confusingly similar to or a colorable imitation of these marks;

4. Ordering Defendants to take all steps necessary to cancel any state or local business registrations, including corporate name registrations and dba filings, that include Sirota's name or marks or amend those registrations to names that do not include Sirota's name or marks, and to remove any references to any business registrations, including corporate names and dba filings, that include Sirota's name or marks.

5. Ordering Defendants to retain and disclose all communications with all individuals and entities with whom they engaged in any transaction relating to or arising from the use of Sirota's names or marks, or otherwise in furtherance of the scheme alleged herein;

6. Directing Defendants to provide an accounting of profits made by Defendants as a result of Defendants' unlawful conduct;

7. Ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Sirota within thirty (30) days after entry of the injunction a written report under oath describing in detail the manner and form in which Defendants have complied with the injunction, including ceasing all offering of services under Sirota's name and marks as set forth above;

8. Ordering Defendants to pay a judgment in the amount of Sirota's actual damages under 15 U.S.C. § 1117 and New York law, as well as Defendants' profits, and pre- and post-judgment interest pursuant to 15 U.S.C. § 1117.

9. Ordering Defendants to pay Sirota's reasonable attorneys fees and costs of this action under 15 U.S.C. § 1117 and/or New York law;

10. Ordering Defendants to pay a judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under New York law as appropriate; and

11. Enter preliminary and permanent injunctions ordering the Proxy to disclose the name, address and contact information of Doe;

12. Enter preliminary and permanent injunctions ordering Proxy and the defendant Doe to withdraw forthwith the defamatory and libelous comments from the web pages.

13. Enter preliminary and permanent injunctions enjoining Proxy and the defendant Doe from posting or publishing, in any manner, any future defamatory or libelous comments that directly or indirectly refer to the plaintiff, in any manner, in future public communications.

14. Granting Sirota such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this _7th_ day of March, 2016.

Vladislav S. Sirota, Esq.
 *PRO SE*
128 Brighton 11th Street, Suite 2
Brooklyn, NY 11235
Tel: (718) 265-5900
Fax: (718)265-6969
Email: vsirota@nywinlaw.com

# EXHIBIT A

# COPIES OF WEBSITES

**vladislavsirotascam.com,
vladislavsirotascam.blogspot.com,
vladislavsirota.com, and
vladislavsirotascam.blogspot.com**

# A site about Bad Lawyer Vladislav Sirota

 my**V**isa jobs .com

Browse Employers   or   [enter employer name]   Search

Home > Immigration Attorney > Vladislav Sirota

**Vladislav Sirota, Immigration Attorney**
131 Avenue S, 1st Floor, Brooklyn, NY 11223

| Profile | Bio | **Customer Reviews** | Immigration Attorneys Nearby |

Rate and Review Vladislav Sirota

## Activate Your Listing

Request a Verification Code Now. Show up on Google Search & Maps.



 - **Dr. N** - - j.n. - 6/1/2012 2:08:58 PM
Sirota is one of the worst immigration attorneys in NY! He managed to obtain a deportation order for my husband when he was 12 years old! He did not attend any hearings and did not advise in anything. Because of his ignorance its taking me already 3 years to fight my husbands immigration case besides the 10 years my husband lost as a result of Sirota's poor work. We have spend already $35000 to fix that mistake and still nothing. Also he has never returned the money my husband's family paid for his unperformed services. Please he wise and do not hire this imbecile.

You are welcome to share your experience with Immigration Attorney Vladislav Sirota as well as his or her legal assistants and employees. This does not have to be your own experience. Your friends' or family members' experience or any related articles are welcome, just make sure the sources of reviews are properly indicated.

Please avoid mentioning full names or using profanity and obscene language when you are making negative comments.

If you have received very poor services or have any billing or service disputes, please contact Better Business Bureau(BBB.org) in Brooklyn, NY area, or the Attorney General or the Bar Associate of the state.

**DIRTY LAWYER TRICKS, SCAM LAWYER, VLADISLAV SIROTA, ВЛАДИСЛАВ СИРОТА**

# MY HUSBAND LOST AS A RESULT OF SIROTA'S POOR WORK

MARCH 1, 2016 | LEAVE A COMMENT

Another review of Sirota:

Vladislav Sirota **Dr. N** – – j.n. – 6/1/2012 2:08:58 PM – is one of the worst immigration attorneys in NY! He managed to obtain a deportation order for my husband when he was 12 years old! He did not attend any hearings and did not advise in anything. Because of his ignorance its taking me already 3 years to fight my husbands immigration case besides the 10 years my husband lost as a result of Sirota's poor work. We have spend already $35000 to fix that mistake and still nothing. Also he has never returned the money my husband's family paid for his unperformed services.

Please he wise and do not hire this imbecile.



‹ SCAM ARTISTS  ‹ VLADISLAV SIROTA  ‹ ВЛАДИСЛАВ СИРОТА





The following postings have not been substantiated by LawyerRatingz.com.

**DIRTY LAWYER TRICKS, SCAM LAWYER, VLAD SIROTA, VLADISLAV SIROTA, ВЛАДИСЛАВ СИРОТА**

# IMPROPERLY TRAINED LAWYERS CAN BE DEVASTATING

FEBRUARY 23, 2016 | LEAVE A COMMENT

Across every industry, it is important to appeal to experts. If you have a medical situation, you will see a doctor. If your vehicle is having problems, you will take it to a mechanic. Experts are the people who we rely upon. That is why when we are in a legal situation, we appeal to a lawyer. But while some lawyers may have the title and degree, they might not have the proper training to compete in court. They want to get a few dollars out of you before you realize that they are

inadequate. There are a few things you might have to deal with if you are confronted with a lawyer that has improper training.

## They will make unwarranted promises

Most lawyers know better than to guarantee a victory or to guarantee certainty. If a good lawyer is confident that he will win, he might tell you that he will not get paid until you get paid. But if a lawyer has no idea if they will win, they will make promises that they cannot keep to give the client an unwarranted sense of security. It is a legal scam. Look for a lawyer who makes humble yet confident claims rather than guarantees.

## Lack of professionalism

Some people are just very difficult to work with. They do not keep their appointments and they forget about you. They do not care about your interests enough to properly calendar them. An irresponsible an improperly trained lawyer will look like this as well. If something needs to be filed to the court by a particular date, you need a lawyer that you can depend on to have it ready. An untrained lawyer will be derelict in his duties and easily lose your case.

## No references

Before we commit to a lawyer, we need to know what their history is like. We need to know if they have made unwarranted promises or if they have committed themselves to a court victory. But an irresponsible lawyer will withhold that necessary information from potential clients. All of their references are tainted by failure and bad experiences, so they obviously do not want you to see them.

You should not settle for a lawyer with a poor reputation or with little experience. If you are going to court, it is probably important enough that you cannot take a risk.

❰ IMMIGRATION LAW   ❰ SCAM ARTISTS   ❰ VLADISLAV SIROTA   ❰ ВЛАДИСЛАВ СИРОТА



**DIRTY LAWYER TRICKS, SCAM LAWYER, VLAD SIROTA, VLADISLAV SIROTA, ВЛАДИСЛАВ СИРОТА**

# 5 WAYS TO PREVENT A BAD LEGAL PRACTICE TAKING YOUR CASE

FEBRUARY 12, 2016 | LEAVE A COMMENT

When it comes to choosing a legal firm, you want to make sure you choose one that's of a good quality rather than of a poor quality. For some it may not be evident how you can sort the best out from the rest. Without further ado, let's take a look at some of the tell-tale signs of a bad lawyer so that you're not stuck with results that weren't close to what you wanted.

## Are they willing to give you comprehensive answers?

When you go to your lawyer for an answer, you want it to be an answer that tells you exactly what's going on. A lawyer who isn't focused on their clients tend to give short answers or none at all. If you find yourself receiving this kind of communication for them, it can be considered a warning.

## Billing has to be clear, not inaccurate.

Hidden fees aren't the way that lawyers should be billing their services. Does your prospective lawyer offer a straight-forward billing approach for their services? If so, you could be looking at the right lawyer since you won't have unexpected costs popping out of nowhere.

## Chaos isn't a valuable addition to the office.

Offices that have papers stacked everywhere and that don't have an orderly appearance could be a

sign of disorganization. You want your legal counsel to be organized, so that all of the filings and case documents are within reach instead of buried under anything else. If the office isn't orderly, it could be a serious sign that they may not be organized when it comes to your case.

## References are a valuable selling point, but do they provide them?

It's common for an attorney to be asked for references, and it's their job to hand them over. Reputable lawyers will have references for those that ask for them. By asking for references, you're asking to make sure that they are what they seem to be during your interactions.

## They're not willing to return calls in a timely manner.

When you reach out to them, are they quick to return your calls or does it seem like you have to wait forever? If your calls are returned in a timely manner, it's a sign that the prospective lawyer stays on top of things. This is a valuable asset for them to have, especially when it comes to helping people with their legal issues. Vladislav Sirota does not return calls very quickly.

## Victories can't be guaranteed, no matter how you cut it.

The court has the final ruling, and it's not possible to predict the outcome of a case. A lawyer that says they can guarantee you a win is just telling you that to win over your business. Don't fall for it if this happens and continue looking for a lawyer that's honest about your case.

As you can see, it's not too hard to sort out the good lawyers from the bad. It's just a matter of paying attention to how they do things. Don't let the opportunity for a proper evaluation to slip by, as that could be how you get a lawyer on your side that can give you the best representation possible.

❮ IMMIGRATION LAW   ❮ SCAM ARTISTS   ❮ VLAD SIROTA   ❮ VLADISLAV SIROTA   ❮ ВЛАДИСЛАВ СИРОТА



"Do you promise to pay the bill,
the whole bill and nothing but the bill?"

**DIRTY LAWYER TRICKS, SCAM LAWYER, VLADISLAV SIROTA, ВЛАДИСЛАВ СИРОТА**

# HOW TO SPOT A BAD LEGAL PRACTICE

FEBRUARY 12, 2016 | LEAVE A COMMENT

We all encounter situations in life that are challenging. However, sometimes you find yourself facing the legal system, and the repercussions can be serious and even remain on your criminal record for the rest of your life. In these types of circumstances, you owe it to yourself to hire a skilled legal team to make sure your rights are protected. While most attorneys work in an ethical and professional manner, there are a few bad apples in every barrel, and there are some tips to employ to spot a bad legal practice.

Promise of a Successful Outcome

Nobody can guarantee the future, and when an attorney promises that the use of their services will result in a successful outcome, this should be a big red flag. They are obviously desperate for your business, so consider other options.

Disorderly Office

A picture is worth a thousand words, and this certainly holds true when you walk into a law firm and notice it's unkempt and disorderly. This is a clear sign of disorganization and inefficiency. Considering all the paperwork and filing required in a typical court case, the last thing you want is for your important information to get lost in the clutter.

Won't Provide References

Just as a potential employer may request references before hiring you to perform an important job, it's within your rights to ask an attorney to provide you with references of past clients. They should be more than happy to do so as this highlights their professionalism and capabilities. If they refuse to comply, there's likely something they're trying to hide.

Watch Out for Surcharges

Routine expenses such as postage and making copies of documents should be included in your legal fees. If a potential law firm does include surcharges such as these in their billing, this is often an unethical practice to be avoided. Similar to that of Vladislav Sirota.

Presenting the Best Case

If you find yourself facing the court system, it's a scary time. Aside from fulfilling your daily obligations, you also have to make time to ensure you're doing everything necessary to keep your case strong. Having a quality lawyer on your side is the best way to achieve this goal, and they can ensure you do everything appropriately. By following these tips, you can be on your way to hiring the attorney who will provide you the best chances for success.



SCAM ARTISTS   VLADISLAV SIROTA   ВЛАДИСЛАВ СИРОТА



< Vladislav Sirota                     ✉ Email



★☆☆☆☆

Posted by Hanna
January 19, 2013

**The worst lawyer in Brooklyn**

He uses advertising that have clients, but once you came you see that he is not good one. His attitude to work is only to take money and forgot about you. I spent a whole year for him and lost case because of his not profesionalism. After he took money he even did not answer on my calls. Sirota is the worst lawyer in Brooklyn. I put him 0 or 1. I strongly did not recommend him to everybody.

**DIRTY LAWYER TRICKS, SCAM LAWYER, VLAD SIROTA**

# THE WORST LAWYER IN BROOKLYN

FEBRUARY 8, 2016 | LEAVE A COMMENT

Posted by Hanna

January 19, 2013

Vladislav Sirota uses advertising that have clients, but once you come you see that he is not good one. His attitude to work is only to take money and forgot about you.

I spent a whole year for him and lost case because of his lack of professionalism. After he took money he even did not answer on my calls.

Sirota is the worst lawyer in Brooklyn. I put him 0 or 1. I strongly do not recommend him to anybody.

❮ DIRTY LAWYERS   ❮ IMMIGRATION LAW   ❮ VLADISLAV SIROTA

---

**DIRTY LAWYER TRICKS, SCAM LAWYER, VLAD SIROTA, VLADISLAV SIROTA, ВЛАДИСЛАВ СИРОТА**

# VLADISLAV SIROTA – STAY AWAY

FEBRUARY 4, 2016 | LEAVE A COMMENT

There are literally dozens of complaints like these on the Internet talking about just how bad the immigration work of Vladislav Sirota is. How far should you look to see how bad he is?

Do not use this lawyer.



❮ DIRTY LAWYERS   ❮ IMMIGRATION LAW   ❮ SCAM ARTISTS   ❮ VLAD SIROTA   ❮ ВЛАДИСЛАВ СИРОТА



**DIRTY LAWYER TRICKS, SCAM LAWYER, UNCATEGORIZED, VLAD SIROTA**

# SOME NEW REVIEWS OF VLADISLAV SIROTA

FEBRUARY 3, 2016 | LEAVE A COMMENT

Posted by a Consumer on 03/15/11

1.0 out of 5.0

This lawyer is a scam artist who will only take your money and after you do so will never talk to you again. He will promise you exactly what you want but he will not deliver. He is a person who prays on the misfortunes of people in order to get paid.

Posted by a Consumer on 11/21/10

1.0 out of 5.0

He asked us to send him $2,800.00 and after that he was going to send us a contract to sign, but he took the money and never sent us the paperwork. For a few months we were trying to reach him, but it seems to be impossible, he would never call you back. So, basically, he stole our money. We are going to file a complaint against him, and we'll keep trying to get back what we've paid him.

Posted by a Consumer on 03/23/09

1.0 out of 5.0

Vladislav Sirota did not submit the evidence for Form I-140 and my case was denied and my family

and I lost our immigration status. His staff in the office are very rude. He took money but work has not done.

◀ DIRTY LAWYERS    ◀ IMMIGRATION LAW    ◀ VLADISLAV SIROTA

**SCAM LAWYER, VLAD SIROTA, VLADISLAV SIROTA**

# A REVIEW ABOUT VLADISLAV SIROTA BY DIANA G ON CITYSEARCH

FEBRUARY 2, 2016 | LEAVE A COMMENT

## diana g.

Member since 2/09/2013



98%

## Sirota & Assoc Pc

1661 Sheepshead Bay Road 2nd Floor, Brooklyn, NY 11235 Category: Attorneys, Immigration Attorneys, Attorneys & Legal Services – Vladislav Sirota
My tip to you guys is to be more professional and not charge people money for work you don't know how to do. Stop taking money and not doing the service. How's that for a tip. Another tip for you: get another profession
View Less

◀ DIRTY LAWYERS    ◀ SCAM ARTISTS    ◀ VLADISLAV SIROTA



**Aliaksandr T.**
over a year ago

Liar, liar, liar...

He's gonna promise you anything you want to hear but the moment you give him your money he will disappear and forget about you. You will deal with paralegal kids from his office who don't know and don't care about you and your case. Save your money and time but more important your future and talk to real lawyer, not this shameless scammer.

Thank you for your vote.  (2)

SCAM LAWYER, VLAD SIROTA, VLADISLAV SIROTA

# A REVIEW ABOUT VLADISLAV SIROTA ON CITYSEARCH BY ALIAKSANDR

FEBRUARY 2, 2016 | LEAVE A COMMENT

Aliaksandr T.
Member since 11/26/2014

November 26, 2014

98%
Sirota & Assoc Pc
1661 Sheepshead Bay Road 2nd Floor, Brooklyn, NY 11235
Category: Attorneys, Immigration Attorneys, Attorneys & Legal Services
Liar, liar, liar... Vladislav Sirota is gonna promise you anything you want to hear but the moment you give him your money he will disappear and forget about you. You will deal with paralegal kids from his office who don't know and don't care about you and your case. Save your money and time but more important your future and talk to real lawyer, not this shameless scammer.

Let me know if you have the same experience

sirotainfo@moscowmail.com

ВЛАДИСЛАВ СИРОТА

❮ DIRTY LAWYERS    ❮ IMMIGRATION LAW    ❮ VLADISLAV SIROTA

**DIRTY LAWYER TRICKS, SCAM LAWYER, VLAD SIROTA, VLADISLAV SIROTA**

# HOW TO SPOT A LAWYER WHO WILL SCAM YOU

JANUARY 27, 2016 | LEAVE A COMMENT

## Spotting a Bad Lawyer

Hiring a lawyer is important to win any legal case. When you hire a lawyer, you need to know they are competent and that they won't scam you. There are several red flags you should be able to spot. If you don't learn to spot these red flags, you can be taken advantage of and scammed.

These scams are unethical, and they could cost you a fortune. However, if you know

the red flags and what to watch out for, you will be able to spot and avoid bad lawyers. You are about to learn about some common legal scams. You are also going to learn the warning signs of a bad lawyer.



*Businessman attracts money with a large magnet*

## Padding Hours

Padding hours is a common legal scam. Padding hours is when a lawyer bills a client for more time than the client used. For example, a lawyer might bill a client for 6 hours of consulting when the

client only received 4 and a half hours of consultation. This type of scam is more common than you would think.

Sometimes the padding is done in small amounts. It is important to keep an eye out for these scams. You risk losing a lot of money if you don't. The best way to spot this scam is to track the hours for yourself. Make sure you know exactly how much time you spent in the consultation.

# Double Billing

Double billing is another way bad lawyers scam their clients. It is an easy way to rip people off. It is easy to get away with. Most lawyers never get caught, and most clients don't keep track of their hours.

Double billing is when a lawyer bills two clients for the same hours worked. Unless lawyers can be in two places at the same time, they are lying. One of the clients gets charged for time they did not use. Keeping track of the hours your lawyer put in will help you spot this underhanded move.

# Avoiding Bad Lawyers

Now, we are going to talk about spotting these bad, unethical lawyers

. The first thing you can do is ask them for references. It could be a red flag if a lawyer refuses to list references. He would have nothing to worry about if you are just doing your research. In fact, good lawyers will want you to check references because they know they will be painted in the best possible light. Good lawyers return phone calls and emails. Good lawyers are friendly and professional.



DIRTY LAWYERS   IMMIGRATION LAW   VLADISLAV SIROTA

G+1   0      More    Next Blog»                                          Create Blog   Sign In

# Vladislav Sirota Scam

**Tuesday, January 5, 2016**

## Vladislav Sirota is a Scammer

Vladislav Sirota is a Scammer!!

Posted by Vladislav Sirota Scam at 3:51 PM      No comments:

G+1 | Recommend this on Google

Home

Subscribe to: Posts (Atom)

**About Me**

**Vladislav Sirota Scam**
G+  Follow   0

View my complete profile

**Blog Archive**

▼ 2016 (1)
   ▼ January (1)
      Vladislav Sirota is a Scammer

Ethereal template. Powered by Blogger.

# ЮРИДИЧЕСКАЯ ПРАКТИКА ВЛАДИСЛАВ СИРОТА

О НАС     ЧАСТО ЗАДАВАЕМЫЕ ВОПРОСЫ      СВИДЕТЕЛЬСТВА

## РЕАЛЬНАЯ ИСТОРИЯ О ВЛАДИСЛАВ СИРОТА

## ПОМОГИТЕ НАМ НАЙТИ ИНФОРМАЦИЮ О ВЛАДИСЛАВ СИРОТА



Zuhra Tursunova

REVIEWS     PHOTOS

1 review

### ПРОСТО СТРЕСС И ГОЛОВНАЯ БОЛЬ !!!

СИРОТА ОБЗОР
ДЖЕК ДЖОН

МОЙ МУЖ ПОГИБ
В РЕЗУЛЬТАТЕ
ПЛОХОЙ РАБОТЫ
СИРОТЫ

## ЦЕЛЬ ЭТОГО ВЕБ-САЙТА

Этот сайт предназначен для предоставления информации о работе адвоката

## LATEST

VLADISLAV SIROTA

### ЦЕЛЬ ЭТОГО ВЕБ-САЙТА

Vladislavsirota  |  January 27, 2016

Этот сайт предназначен для



предоставления информации о работе адвоката Владислава Сирота. Если у вас есть истории, чтобы поделиться своим опытом о, пожалуйста, присылайте их Sirotainfo (в) moscowmail (точка)

Read More



### ПРОСТО СТРЕСС И ГОЛОВНАЯ БОЛЬ !!!

vlAd01062016admin  |  March 2, 2016

Грозный. Я никогда не буду советы никому. Он [Владислав Сирота] берет деньги и это все вы должны бежать за ним ..! Он обещает горы …. Пойди разберись !!!

Read More



### СИРОТА ОБЗОР ДЖЕК ДЖОН

vlAd01062016admin  |  March 2, 2016

Люди,никогда не обращайтесь и другим тоже не советуйте обращаться к адвокату Владислав Сирота.От него пострадали и сейчас попадаются в кабалу – не десятки, а сотни людей, и в

Read More



### МОЙ МУЖ ПОГИБ В РЕЗУЛЬТАТЕ ПЛОХОЙ РАБОТЫ СИРОТЫ

vlAd01062016admin  |  March 1, 2016

Владислав Сирота является одним из самых худших иммиграционных адвокатов в Нью-Йорке! Ему удалось получить приказ о депортации моего мужа, когда ему было 12 лет! Он не присутствовал в

Read More



## CONSUMER COMPLAINTS AND REVIEWS ABOUT VLADISLAV SIROTA – ВЛАДИСЛАВ СИРОТА

vlAd01062016admin  |  February 25, 2016

Complaint / review / scam report Sirota Vladislav Владислав Сирота Sirota, Vladislav – Sirota & Assoc Pc Lair, Lair, Lai Complaint / review text: Please, avoid this person at

Read More



## НЕПРАВИЛЬНО ПОДГОТОВЛЕННЫЕ ЮРИСТЫ МОГУТ БЫТЬ РАЗРУШИТЕЛЬНЫМИ

Vladislavsirota  |  February 23, 2016

Через каждой отрасли, важно, чтобы обратиться к специалистам. Если у вас есть медицинская ситуацию, вы обратитесь к врачу. Если ваш автомобиль имеет проблемы, вы будете принимать его к

Read More



## СИРОТА ИМЕЕТ ИСТОРИЮ ПЛОХИХ ОТЗЫВОВ

Vladislavsirota  |  February 12, 2016

некоторые мнений Владислав Сирота Очень плохой опыт. Принимал деньги и исчез, перестал отвечать, он испортил все, сделал столько ошибок. Очень непрофессионально и я не думаю, что он знает,

Read More

## УЧАСТИЕ ВЛАДИСЛАВА



VLADISLAV SIROTA

## СИРОТЫ С ROSELINE ЭНДРЮС ПРОТИВ ГЕНЕРАЛЬНОГО ПРОКУРОРА СОЕДИНЕННЫХ ШТАТОВ

Vladislavsirota | February 9, 2016

Здесь представляется судебный процесс, на котором был поднят вопрос о небрежной работе Владислава Сирота. Хотя он не был участником данного иска, была представлена работа, которую он не делал

Read More

VLADISLAV SIROTA

## ВЛАДИСЛАВ СИРОТА ОБМАНЫВАЕТ ЛЮДЕЙ

Vladislavsirota | February 8, 2016

Отзывы посетителей (1) Написать отзыв Люди Боже вас упаси обратиться к єтому подлецу. Почитайте ревью о нем на других сайтах.На него десятки жалоб.И множєство обманутих людей. added by:

Read More

VLADISLAV SIROTA

## Я НЕ ХОТЕЛ БЫ СКАЗАТЬ ПЛОХИЕ СЛОВА, НО НЕТ НИЧЕГО ХОРОШЕГО ВЛАДИСЛАВ СИРОТА

vlAd01062016admin | February 2, 2016

by bendr2009 at Citysearch December 19, 2009 по bendr2009 на Citysearch 19 декабря 2009 Влад (Владислав Сирота) будет обещать вам золотой амулет против каких-либо проблем и разрешения для всех

Read More

VLADISLAV SIROTA

## ПОЖАЛУЙСТА, ПОМОГИТЕ НАМ СОБРАТЬ ИНФОРМАЦИЮ

Vladislavsirota | January 28, 2016

Мы занимаемся сбором информации
по опыту Русского сообщества в
иммиграционном процессе, получении
Грин Карты, вида на жительство и
рабочем статусе. Нашей целью является понять, что работает
хорошо и

Read More

← **Older posts**













**ПРОСТО СТРЕСС И ГОЛОВНАЯ БОЛЬ !!!**

**СИРОТА ОБЗОР ДЖЕК ДЖОН**

**МОЙ МУЖ ПОГИБ В РЕЗУЛЬТАТЕ ПЛОХОЙ РАБОТЫ СИРОТЫ**

**CONSUMER COMPLAINTS AND REVIEWS ABOUT VLADISLAV SIROTA – ВЛАДИСЛАВ СИРОТА**

**НЕПРАВИЛЬНО ПОДГОТОВЛЕННЫЕ ЮРИСТЫ МОГУТ БЫТЬ РАЗРУШИТЕЛЬНЫМИ**

**СИРОТА ИМЕЕТ ИСТОРИЮ ПЛОХИХ ОТЗЫВОВ**



COPYRIGHT © 2016 ЮРИДИЧЕСКАЯ ПРАКТИКА ВЛАДИСЛАВ СИРОТА. THEME BY MYTHEMESHOP.

МЫ ИЩЕМ ИНФОРМАЦИЮ О ИММИГРАЦИОННЫЙ АДВОКАТ ВЛАДИСЛАВ СИРОТА     О НАС
    РЕАЛЬНАЯ ИСТОРИЯ О ВЛАДИСЛАВ СИРОТА     СВИДЕТЕЛЬСТВА
    ЧАСТО ЗАДАВАЕМЫЕ ВОПРОСЫ

**Vlad Sirota Russian Immigration Lawyer Updates**

Vlad Sirota Russian Lawyer Commits Fraud, Vladislav Sirota Leaves Victims

FEATURED

# Vladislav Sirota as an Immigration Lawyer

This site will serve to report on the absolutely recklessness of immigration lawyer Vladislav Sirota. He has caused so much harm and damage to people who entrusted him with their lives and livelihoods, and it's time to shut him down.

We hope that people who have complaints about Vladislav Sirota will send us an email so that we can compile the data.  Please share your story about any interactions you have had with Mr. Sirota.  If you wish to be included in our research on his work and history, please let us know at this email: Sirotainfo [at] moscowmail [dot]com

Attorney Scams, Bad Lawyer, Vlad Sirota  /  Immigration Attorney, Vladislav Sirota  /  Leave a comment

# The Story of an Immigration Issue with a Sad Outcome



Immigration is quickly becoming one of the most controversial social and geopolitical issues sweeping the civilized world. Overcrowding and economic burdens on the working class of countries accepting political refugees, which some accuse of being economic migrants, is beginning to take its toll on the native population of the host countries. A number of people are critical of the European Unions decision to open up the floodgates to so many people. Many of these people criticizing European Union leadership cite the economic problems, they also bring up the failure to assimilate by immigrants and the drastic increase in violent crimes and rape rates. Left-leaning supporters and sympathizers of the immigrants are quick to criticize these observations, and they label critics as bigots, racists, Islamophobes and xenophobic.

The problem host countries are facing is immigrants who are needing help aren't generally assimilating, and there are many committing horrible crimes, and some of them are even assaulting, raping, killing or all of the above to generous refugee center volunteers who believe in helping them. A story of a particularly brutal attack out of Sweden recently made international headlines at the end of January 2016. Sweden has already had more than it can seemingly handle with an approximate 1400 percent increase in rape along with numerous assaults and murders, but the case in

January seemed to shake the entire world.

A boy from Somalia fled from his dangerous, poverty stricken country with family, friends and fellow Somalis like so many before him, and he was in need of a lot of help. Unfortunately, one of his first acts in the welcoming country of Sweden got him in an enormous amount of trouble, fueled the fire of growing nationalism in the country and it ended the life of a social worker with a beautiful soul. Her name was Alexandra Mezher, and she passed away at the age of 22 from multiple stab wounds from a 15 year boy when she was working her shift at a children's migrant center.

Alexandra Mezher's family blamed her untimely death squarely at the feet of the Swedish government. The opinion of her family is the immigrant crises is uncontrollable, and this is why she was stabbed to death. The other children at the institution were able to pull him off. The accused murderer will stand trial as an adult, which is shocking for a government continuously turning a blind eye and denying there is even a problem.

March 1, 2016  /  Attorney Scams, Bad Lawyer, Vladislav Sirota, Владислав Сирота  /
Immigration Attorney, Vladislav Sirota, Владислав Сирота  /  Leave a comment

# lawyers Who Think of Themselves Before a Client

Dealing with unscrupulous attorneys who make false promises to clients or those that fail to perform their duty can be nothing short of a disaster. While simply failing to achieve a desirable outcome in a case or proceeding is not enough to qualify as legal malpractice, there are several ways that a firm or attorney may fail to represent the interests of their clients. Learning a little more about what constitutes legal malpractice can allow clients to take action in the event that a lawyer chooses to blame the system in an effort to explain their own breach of conduct.

Negligence

Negligence is the most common claim to be cited during a legal malpractice suit or hearing. Legal professionals like Vladislav Sirota who fail to use a reasonable degree of care in their efforts to serve and represent their clients

may be found negligence. Other examples of negligence may include lawyers who provide their clients with the wrong advice, those that fail to file public documents in a timely and appropriate fashion and even attorneys who create a conflict of interest between themselves and their clients. Negligence on the part of their attorney can lead to no end problems that could end up costing clients a great deal.

## Breach of Duty

Lawyers are considered to be a fiduciary of their client, meaning that they owe their clients a duty of good faith. Attorneys that fail to place the interests and needs of their client above their own may be found to have created a breach of fiduciary duty. By law, attorneys cannot take advantage of their position in order to profit or gain at the expense of their client. A breach of duty typically occurs when lawyers have past dealings with one or more parties involved in a case or hearing.

## Fraud

Attorneys may also be sued for fraud should they knowingly misrepresent themselves or act with false intent. Failing to disclose key facts or influencing clients to take action in a way that may be detrimental to their own interests by intentionally withholding certain facts. A breach of fiduciary duty and even certain acts of negligence may also constitute fraud. Attorneys may even be liable to non–clients should they knowingly misrepresent themselves in a manner that causes a non–client to take certain action. Clients may be able to sue attorneys who have committed fraud or acted in other ways that may be in violation of the laws, codes and standards governing the legal profession.

## Владислав Сирота лежит и читы

February 23, 2016  /  Bad Lawyer, Vlad Sirota, Vladislav Sirota, Владислав Сирота  /

Immigration Attorney, Vladislav Sirota, Владислав Сирота  /  Leave a comment

# 4 Signs A Lawyer Is A Scammer



Most attorneys are hard–working people who are willing to go the extra mile to help their clients. However, there are a few scammers out there. Scammers do not care about their clients, and they are only interested in making money. Below is a list of signs that a lawyer is a scammer:

Your Attorney Is Constantly Making Excuses

Attorneys are busy, and they often have to see many clients per day.

However, every client should be a priority. Your attorney should be able to keep you updated with what is going on with your case. If your attorney is not helping you and is constantly giving excuses, as Vladislav Sirota does, then he or she is probably a scammer.

## Your Attorney Guarantees An Outcome

Lawyers try their best to make sure you get the best outcome. However, they are not allowed to guarantee an outcome. Guaranteeing an outcome violates both common sense and ethics. There are few things in life that are guaranteed. The only thing that your attorney should be guaranteeing is that he or she will always act in your best interest.

## Your Attorney Does Not Address Your Concerns

A good lawyer is one who listens to the concerns of his or her clients. If your attorney is blowing off your concerns, then this is a sign that he or she is a scammer who does not care. Attorneys are expected to be held accountable and provide good customer service. If an attorney does not respect you, then it is time to find a new one.

## Your Attorney Tells You How Much Your Case Is Worth

Many clients want to know how much their case is worth upfront. However, it is inappropriate and unprofessional to guess how much a case is worth at the first meeting. The attorney does not have all of the necessary information for estimating how much the case is worth.

If an attorney is able to give you an amount, then he or she is probably a scammer. This violates ethics. Keep in mind that most attorneys will schedule a free consultation for their clients. If an attorney charges you to meet with him or her, then this is likely a scam.

You have to constantly be on the lookout for scams because they can cause you to waste both time and money. Lawyers can also be scammers. A good attorney should not be making constant excuses, telling you how much your case is worth during the first meeting, blowing off your concerns or guaranteeing an outcome.

February 12, 2016 / Attorney Scams, Vladislav Sirota, Владислав Сирота / Immigration Attorney, Vladislav Sirota, Владислав Сирота / Leave a comment

# How to Spot a Bad or a Scam Lawyer



A problem you might encounter when looking for a lawyer is someone trying to scam you out of money. These are people who are not really lawyers or who are incredibly bad attorneys such as Vladislav Sirota. They will attempt to drain you of money during a vulnerable period and leave you with nothing in return. Here is how to spot a bad or scam lawyer.

No License or Diploma

You want to avoid any lawyer who does not seem to have a license to practice law or a diploma. Do not accept excuses such as it is a mistake or things are tied up in red tape. If the attorney cannot show you evidence of a law license and diploma, then find someone else immediately.

You Receive Unrealistic Guarantees

Scam or bad lawyers frequently make unrealistic guarantees to clients in an attempt to get money. The reality is that nothing can be guaranteed with the law. Anything can happen when going through a case. Lawyers who guarantee that you will avoid a conviction or will receive a certain amount of compensation should be avoided at all costs.

No Easy Way to Contact the Lawyer

A sure sign that you are dealing with a fraudulent or bad lawyer is if you do not have an easy way to contact the person. You might be given nothing more than an email address or a website with a form on it. You want a lawyer with a direct phone number and address. You should be able to contact the lawyer at any time with questions and concerns. No direct contact information means the person could take your money and vanish easily.

No References

Any attorney who has been practicing law for more than a few months is going to have references. Ask for two to three references. Check that those people actually had real cases in the courts. Ask those people all about the lawyer. If an attorney cannot provide you with references or the references do not check out, then leave that lawyer behind and go somewhere else.

No Traces of the Lawyer Online or In Local Directories

Be wary of any lawyer or law practice that does not seem to exist online or in local directories. Most law offices and lawyers should have some presence even if it is nothing more than a phone number or general listing. If you cannot find anything out about the lawyer, then you might be facing someone running a scam.

The Lawyer Cannot Accurately Explain the Law to You

A final thing to look for is if the lawyer cannot accurately explain the law to you. Listen and watch when the lawyer talks. If the person seems confused or makes no sense, then you do not want to give the individual any money. Real lawyers will be able to speak with confidence and authority about the law and your case.

February 11, 2016 / Attorney Scams, Bad Lawyer, Vlad Sirota, Vladislav Sirota, Владислав Сирота / Immigration Attorney, Immigration Lawyer, Vladislav Sirota, Владислав Сирота / Leave a comment

# The worst attorney known to man



‹ Vladislav Sirota  ✉ Email

★☆☆☆☆

Posted by a Immigration client

December 14, 2012

The worst attorney known to man

Charged me almost $20k for an immigration case, didn't know any questions that I asked him, screwed up my case so badly that the judge recommended that I find another attorney. DO not use him.

**1.0 star**

Posted by a Immigration client

December 14, 2012

<u>Vladislav Sirota</u> charged me almost $20 thousand for an immigration case, and he didn't know any questions that I asked him.  <u>Sirota</u> screwed up my case so badly that the judge recommended that I find another attorney. DO not use him!

February 8, 2016  /  Attorney Scams, Bad Lawyer, Vlad Sirota, Vladislav Sirota, Владислав Сирота  /  Immigration Attorney, Immigration Lawyer, Vlad Sirota, Владислав Сирота  /  Leave a comment

# Roseline Andrews v United States Attorney General and Vladislav Sirota

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 10-1835

———————

ROSELINE ANDREWS,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

————————————

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A077-039-385)
Immigration Judge:  Honorable Annie S. Garcy

————————————

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 2, 2011
Before:  AMBRO, GREENAWAY, JR. and GREENBERG, Circuit Judges

(Opinion filed April 15, 2011)

———————

OPINION

———————

Look at this case:  It's a shameful representation of the work of Vladislav
Sirota: Roseline Andrews v United States Attorney General no 10-1835

Around December 2005, Andrews became "desperate," and sought the
advice of a second attorney, Vladislav Sirota. Sirota suggested that Andrews
file "a waiver under Section 212" based on hardship to her American
husband and children, and promised to move to reopen Andrews' case. After
paying his retainer, Andrews attempted to follow 3 up with Sirota, but he
avoided her calls. Sirota apparently never took any action on Andrews'

behalf, and, in January 2007, after she "kept calling him..."

he would file an application for humanitarian relief instead. Over the course of the next

year, Mazzocchi mostly stopped responding to Andrews' inquiries about her case. When

he did speak with Andrews regarding the status of her case, he told her that "the case was

filed and there had been no response from the government, which was a good sign."

However, this was a lie—no application for humanitarian relief had been filed.

Around December 2005, Andrews became "desperate," and sought the advice of a

second attorney, Vladislav Sirota. Sirota suggested that Andrews file "a waiver under

Section 212" based on hardship to her American husband and children, and promised to

move to reopen Andrews' case. After paying his retainer, Andrews attempted to follow

2

up with Sirota, but he avoided her calls. Sirota apparently never took any action on

Andrews' behalf, and, in January 2007, after she "kept calling him," he agreed to refund

her money.

Andrews then consulted with her third and current attorney. Within a month, in

April 2007, she filed a motion to reopen in which she argued that Mazzocchi was

ineffective for failing to delay the proceedings until she acquired the requisite five years

of permanent residence and for failing to file an appeal. The IJ denied the motion after

determining that any ineffectiveness on the part of counsel would not have prejudiced

February 4, 2016 / Attorney Scams, Bad Lawyer, Vlad Sirota, Vladislav Sirota, Владислав
Сирота / Immigration Attorney, Scam artists, Vlad Sirota, Vladislav Sirota, Владислав Сирота
/ Leave a comment

# More Bad Review for Attorney Vladislav Sirota

LIDIA

On Mar 17, 2015 – <u>LIDIA</u> said this about Immigration Lawyer <u>Vladislav Sirota</u>

Took our money for my sons visa appeal and never even send in the paperwork to immigrantion. My son is in the U.S. Illegals because of this lawyer now! He lied that sent in the paperwork but never did, and never did he answered my calls, ever! Just took the money and disappeared.

February 2, 2016 / Attorney Scams, Bad Lawyer, Vlad Sirota, Vladislav Sirota / Immigration Attorney, Vladislav Sirota / Leave a comment

# What to Do to Avoid a Bad Lawyer (Vladislav Sirota)

Unexpected situations arise in life, and sometimes you need legal counsel in order to get things back in order. While they have an obligation to keep your best interest in mind, sometimes lawyers act toward the benefit of their own welfare. As you seek legal counsel, there are a few tips to follow to ensure you don't hire a <u>bad lawyer</u>.

## 1. Ask For Referrals

A competent attorney will have no problem providing you with referrals from satisfied clients. Reading their comments will give you a good idea of how focused they'll prove to be while working on your case. Furthermore, you can get a good idea of how well they will represent you in helping you receive compensation.

## 2. Find a Specialist

Depending on the nature of your legal issue, it's best to seek out an attorney who specializes in that area of law. They'll be equipped with relevant knowledge to help you best present your case, and it's also more likely they'll be more up-to-date when it comes to changes and trends.

## 3. Ask Questions

While you likely want to get to the bottom of your legal issue sooner rather than later, it's important not to jump too quickly into hiring an attorney. Take time to interview candidates. During this time, you should ask all the right questions to ensure you make the best decision. Just some questions you should ask include:

- How long have you practiced this area of law?
- What is your approach to cases of this nature?
- What is your success rate?
- How much do you require upfront?
- Will a percentage of my retainer be refundable?
- Will anyone else be working on my case? If so, how much will I owe for their time?

**Do Your Own Research**

The Internet is a valuable tool you should certainly use to your advantage. Do a quick search of reviews of the attorney you may be considering. There are dozens of sites that allow clients to recount their experiences with legal counsel. Keep in mind that a single negative review doesn't necessarily mean they are a bad lawyer. However, if you notice negative trends, as is the case with Vladislav Sirota, you may want to think twice before you hire a

particular firm to handle your case. You may also choose to check with the Better Business Bureau for valuable feedback.

January 27, 2016  /  Attorney Scams, Vlad Sirota, Vladislav Sirota  /  Immigration Attorney, Scam artists, Vlad Sirota, Vladislav Sirota  /  Leave a comment

# Vladislav Sirota is a Lawyer who lies and plays hide and seek

Lawyers who lie and play hide and seek with clients are no good.  This man has been trying to get his money back from Vladislav Sirota. He promised



to refund his money after the immigration appointment, but after ten days and five visits to the office, all he is told is that he must return tomorrow, tomorrow...

This was dishonesty and stealing.

January 26, 2016  /  Attorney Scams, Bad Lawyer, Vlad Sirota, Vladislav Sirota  /  Immigration Attorney, Scam artists, Vladislav Sirota  /  Leave a comment

# Vladislav Sirota – Failing at the Finish Line

This is a very interesting bit of news.



This case shows that while on an Immigration case, Vladislav Sirota went through the motions and filed a proper motion to reopen removal proceedings in a certain case. When the judge denied the motion on January 16, 2006, the courts mailed copy to Sirota, but this awful attorney failed to tell his client, and so the unassuming client remained in the country while his voluntary–departure deadline passed.

This caused more problems and of course, more expense.  Why would anyone put their trust in him?

January 26, 2016  /  Attorney Scams, Bad Lawyer, Vlad Sirota, Vladislav Sirota  /  Immigration Attorney, Vlad Sirota, Vladislav Sirota  /  Leave a comment

Vlad Sirota Russian Immigration Lawyer Updates  /  Proudly powered by WordPress

G+1  0   More   Next Blog»

Create Blog   Sign In

# Vladislav Sirota

Tuesday, January 5, 2016

## Good Day!

First post by Vladislav Sirota

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Posted by Vladislav Sirota at 1:30 PM     No comments:

G+1   Recommend this on Google

Home

Subscribe to: Posts (Atom)

### About Me



**Vladislav Sirota**

G+   Follow   0

View my complete profile

### Blog Archive

▼ 2016 (1)

  ▼ January (1)

    Good Day!

Watermark template. Powered by Blogger.

EXHIBIT B

COPY OF WHOIS REPORT

简体中文   English   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

---

**vladislavsirota.com**

<div style="border: 1px solid">Lookup</div>

# Contact Information

## Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:vladislavsirota.com@domainsbyproxy.com

## Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:vladislavsirota.com@domainsbyproxy.com

## Tech Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599

Ext:

Fax: +1.4806242598

Fax Ext:

Email:vladislavsirota.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com

URL: http://www.godaddy.com

Registrar: GoDaddy.com, LLC

IANA ID: 146

Abuse Contact Email:abuse@godaddy.com

Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited

http://www.icann.org/epp#clientTransferProhibited

Domain Status:clientUpdateProhibited

http://www.icann.org/epp#clientUpdateProhibited

Domain Status:clientRenewProhibited

http://www.icann.org/epp#clientRenewProhibited

Domain Status:clientDeleteProhibited

http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2016-01-08

Created Date: 2016-01-06

Registration Expiration Date: 2017-01-06

## Name Servers

NS09.DOMAINCONTROL.COM
NS10.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: vladislavsirota.com
Registry Domain ID: 1992209991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2016-01-08T18:01:32Z
Creation Date: 2016-01-06T23:13:22Z
Registrar Registration Expiration Date: 2017-01-
06T23:13:22Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB
309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vladislavsirota.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
```

```
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vladislavsirota.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vladislavsirota.com@domainsbyproxy.com
Name Server: NS09.DOMAINCONTROL.COM
Name Server: NS10.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-03-07T15:00:00Z <<<
```

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided
"as is"
with no guarantee or warranties regarding its accuracy.
This
information is provided for the sole purpose of assisting
you
in obtaining information about domain name registration
records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty.  In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its

```
entirely, for any
purpose, such as the transmission of unsolicited
advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or
commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com,
LLC
is not the registrant of domain names listed in this
database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.


* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.


© 2016 Internet Corporation for Assigned Names and Numbers   Privacy Policy