UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VLADISLAV S. SIROTA,

            Plaintiff,

   - against -

VLADISLAVSIROTASCAM.COM;
VLADISLAVSIROTASCAM.BLOGSPOT.COM;
VLADISLAVSIROTA.COM;
IVAN@QUALITYSERVICE.COM; and
JOHN DOES AND JANE DOES #1–10,

            Defendants.
-------------------------------------------------------------------X

ORDER ADOPTING
REPORT AND RECOMMENDATION
16-CV-1164 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

      Plaintiff Vladislav Sirota ("Sirota") commenced this action on March 7, 2016, alleging that defendants – unknown website registrants and operators – have violated his statutory right of privacy and are liable under the doctrines of libel per se, defamation, and the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) (2012).

      On April 1, 2016, in an order related to discovery, the magistrate judge assigned to this case, the Honorable Lois Bloom, reminded Sirota of his obligations to timely serve defendants with the summons and complaint, pursuant to Federal Rule of Civil Procedure ("Rule") 4(m). (Doc. No. 5.) Judge Bloom warned Sirota that if he failed to file proof that defendants were timely served with process by June 7, 2016, she would recommend that this action be dismissed without prejudice. As of the date of this Order, Sirota has failed to file proof of service or show good cause why service was not timely effected.

      On August 10, 2016, Judge Bloom issued a *sua sponte* Report and Recommendation ("R&R"), a copy of which was electronically mailed to Sirota, recommending that Sirota's action be dismissed without prejudice pursuant to Rule 4(m). (R&R (Doc. No. 8).) Judge Bloom

reminded the parties that, pursuant to Rule 72(b), any objections to the R&R must be filed by August 24, 2016. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby **ORDERED** that Sirota's action be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
      March 8, 2016

_____
ROSLYNN R. MAUSKOPF
United States District Judge